UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Curtis L. Downing,

    Petitioner

vs.

Brian Williams, et al.

    Respondents

2:14-cv-01971-JAD-PAL

**Order and Judgment of Dismissal (ECF 7, 9)**

Pro se petitioner Curtis Downing brings this habeas corpus petition to challenge his 1995 Nevada state conviction for robbery and assault with a deadly weapon and burglary.[1] Respondents filed a motion to dismiss this petition as untimely.[2] The motion was apparently so persuasive that Downing himself now moves to voluntarily dismiss his petition.[3] He concedes that the motion demonstrates "just cause" to dismiss his case.[4] I deem Downing's motion for voluntary dismissal a concession that his claims are time-barred and that this case should be dismissed.

Good cause appearing and with no reason to delay,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Respondents' Motion to Dismiss **[ECF 7] is GRANTED**; petitioner's motion to voluntarily dismiss **[ECF 9] is DENIED** as moot; **this case is DISMISSED with prejudice; and the Clerk of Court is directed to enter judgment accordingly and close this case.**

Dated this 27th day of August, 2015.

_____
Jennifer Dorsey
United States District Judge

---

[1] ECF 1-1.

[2] ECF 7.

[3] ECF 9.

[4] *Id.* at 1.